MEL/RAS
F. #2016R02114

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

LUZ ELVIRA CARDONA,
    also known as "Lucy,"
ROBERTO CESAR CID DOMINGUEZ,
CRISTIAN NOE GODINEZ,
    also known as "El Chapparo"
    and "Alex,"
BLANCA HERNANDEZ MORALES,
    also known as "Nancy," "Maria Elena,"
    and "Malena,"
JOSE FACUNDO ZARATE MORALES,
    also known as "El Guero," and
WAYNE PEIFFER,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STIPULATION & ORDER

21-CR-622 (LDH)

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys and ORDERED by the Court, pursuant to Federal Rule of Criminal Procedure 16(d), that:

        1.    Any and all discovery material designated by the government as "Sensitive Discovery Material" and produced to the defendants LUZ ELVIRA CARDONA, ROBERTO CESAR CID DOMINGUEZ, BLANCA HERNANDEZ MORALES, JOSE FACUNDO ZARATE MORALES and WAYNE PEIFFER (the "defendants") by the government in the above-captioned case, and any and all copies, notes, transcripts,

documents or other information derived or prepared from the Sensitive Discovery Material, may be used by the defendants and defense counsel for any purpose consistent with this Protective Order in furtherance of the representation of the defendants in connection with the above-captioned indictment;

      2.    Any and all Sensitive Discovery Material produced to the defendants by the government and any copies, notes, transcripts, documents or other information derived or prepared from the Sensitive Discovery Material shall not be further disseminated by the defendants or defense counsel to any individuals, organizations or other entities, other than members of the legal staff of and expert witnesses and interpreters retained by defense counsel, who shall be bound by the entirety of this Protective Order, without further order of the Court;

      3.    Each of the individuals to whom disclosure is authorized in paragraph 3, that is, members of the legal staff of and expert witnesses and interpreters retained by defense counsel, shall be provided a copy of this Protective Order and advised that he or she shall not further disseminate any portion of the Sensitive Discovery Material or any copies, notes, transcripts, documents or other information derived or prepared from the Sensitive Discovery Material except in conformity with this Protective Order;

      4.    The defendants may review the Sensitive Discovery Material only in the presence of defense counsel or defense counsel's legal staff. The defendants are prohibited from having possession, custody or control of the Sensitive Discovery Material, except to the extent necessary for the defendants to review the Sensitive Discovery Material in the presence of defense counsel or defense counsel's staff. The defendants are further prohibited from disseminating any Sensitive Discovery Material, and may not take Sensitive

Discovery Material, or copies thereof, into any jail facility outside the presence of defense counsel or defense counsel's legal staff, possess Sensitive Discovery Material or copies in any such facility outside the presence of defense counsel or defense counsel's legal staff, or provide information from Sensitive Discovery Material to others.

5. Where the defendants and/or defense counsel wishes to disclose any portion of the Sensitive Discovery Material or any copies, notes, transcripts, documents or other information derived or prepared from the Sensitive Discovery Material to any individual to whom disclosure is not authorized by paragraph 3, defense counsel must provide advance notice to the government and make an application to the Court for authorization to make such disclosure, and such notice must be given sufficiently in advance of the contemplated application so as to permit briefing and argument on the propriety of such disclosure;

6. None of the Sensitive Discovery Materials nor any copies, notes, transcripts, documents or other information derived or prepared from the Sensitive Discovery Material shall be disseminated to, or discussed with, the media in any form. Nothing in this Protective Order prohibits the media from obtaining copies of any items that become public exhibits at any conference, hearing, trial or other proceeding; where the defendants and/or defense counsel wishes to attach any portion of the Sensitive Discovery Material to public filings made with the Court, defense counsel must provide advance notice to the government and make an application to the Court for authorization to make such disclosure, and such notice must be given sufficiently in advance of the contemplated application so as to permit briefing and argument on the propriety of such disclosure;

7. Nothing in this Stipulation and Order shall preclude any party from seeking (a) a further protective order pursuant to Rule 16(d) as to particular items of discovery material, or (b) modification of this Protective Order by a judge of competent jurisdiction;

8. If a defendant obtains substitute counsel, the undersigned defense counsel will not transfer any portion of the discovery material or any copies, notes, transcripts, documents or other information derived or prepared from the discovery material unless and until substitute counsel enters into this Stipulation and Order. Nothing in this Stipulation and Protective Order prevents counsel from discussing Sensitive Discovery Material with counsel for other defendants named in the Indictment or any Superseding Indictment who are also bound by this or similar Stipulation and Protective Order;

9. The defendants and defense counsel will destroy or return to the government any Sensitive Discovery Material and all copies thereof, whether in the possession of defense counsel or members of the legal staff of and expert witnesses and linguists retained by defense counsel who have signed this Stipulation and Order, at the conclusion of any trial of the defendants and any direct appeal in this matter; and

10. Any violation of this Stipulation and Order (a) will require the immediate destruction or return to the United States of the discovery material and all copies thereof, and (b) may result in contempt of Court.

Dated: Brooklyn, New York
        January 6, 2022

BREON PEACE
United States Attorney
Eastern District of New York

By: _____
Margaret Lee
Rachel A. Shanies
Assistant U.S. Attorneys
(718) 254-7000

_____
Gary L. Cutler, Esq.
Attorney for Luz Elvira Cardona

_____
Susan J. Walsh, Esq.
Attorney for Roberto Cesar Cid Dominguez

_____
Thomas F.X. Dunn, Esq.
Attorney for Blanca Hernandez Morales

_____
Michael Gold, Esq.
Attorney for Jose Facundo Zarate Morales

_____
Susan Kellman, Esq.
Attorney for Wayne Peiffer

SO ORDERED
this ____ day of _____, 20____

_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

10.  Any violation of this Stipulation and Order (a) will require the immediate destruction or return to the United States of the discovery material and all copies thereof, and (b) may result in contempt of Court.

Dated:   Brooklyn, New York
_____, 2021

BREON PEACE
United States Attorney
Eastern District of New York

By: _____

Margaret Lee
Rachel A. Shanies
Assistant U.S. Attorneys
(718) 254-7000

_____   _____
Gary L. Cutler, Esq.                             Susan J. Walsh, Esq.
Attorney for Luz Elvira Cardona     Attorney for Roberto Cesar Cid Dominguez

*[signed]* Thomas F.X. Dunn         _____
Thomas F.X. Dunn, Esq.                 Michael Gold, Esq.
Attorney for Blanca Hernandez Morales    Attorney for Jose Facundo Zarate Morales

_____
Susan Kellman, Esq.
Attorney for Wayne Peiffer

SO ORDERED
this \_\_\_\_ day of _____, 20\_\_\_

_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

9

10. Any violation of this Stipulation and Order (a) will require the immediate destruction or return to the United States of the discovery material and all copies thereof, and (b) may result in contempt of Court.

Dated: Brooklyn, New York
_____, 2021
1/3/2022

BREON PEACE
United States Attorney
Eastern District of New York

By: _____
Margaret Lee
Rachel A. Shanies
Assistant U.S. Attorneys
(718) 254-7000

_____          _____
Gary L. Cutler, Esq.                                Susan J. Walsh, Esq.
Attorney for Luz Elvira Cardona            Attorney for Roberto Cesar Cid Dominguez

_____          _____
Thomas F.X. Dunn, Esq.                         Michael Gold, Esq.
Attorney for Blanca Hernandez Morales   Attorney for Jose Facundo Zarate Morales

                                                           _____
                                                           Susan Kellman, Esq.
                                                           Attorney for Wayne Peiffer

SO ORDERED
this ____ day of _____, 20__

_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

10. Any violation of this Stipulation and Order (a) will require the immediate destruction or return to the United States of the discovery material and all copies thereof, and (b) may result in contempt of Court.

Dated: Brooklyn, New York
_____, 2021

                                          BREON PEACE
                                        United States Attorney
                                        Eastern District of New York

                            By:   _____
                                        Margaret Lee
                                        Rachel A. Shanies
                                        Assistant U.S. Attorneys
                                        (718) 254-7000

_____      _____
Gary L. Cutler, Esq.                           Susan J. Walsh, Esq.
Attorney for Luz Elvira Cardona         Attorney for Roberto Cesar Cid Dominguez

_____      _____
Thomas F.X. Dunn, Esq.                      Michael Gold, Esq.
Attorney for Blanca Hernandez Morales   Attorney for Jose Facundo Zarate Morales

                                           _____
                                           Susan Kellman, Esq.
                                           Attorney for Wayne Peiffer

SO ORDERED
this \_\_\_\_ day of _____, 20\_\_\_

_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

10. Any violation of this Stipulation and Order (a) will require the immediate destruction or return to the United States of the discovery material and all copies thereof, and (b) may result in contempt of Court.

Dated: Brooklyn, New York
_____, 2021

BREON PEACE
United States Attorney
Eastern District of New York

By: _____
Margaret Lee
Rachel A. Shanies
Assistant U.S. Attorneys
(718) 254-7000

_____
Gary L. Cutler, Esq.
Attorney for Luz Elvira Cardona

_____
Susan J. Walsh, Esq.
Attorney for Roberto Cesar Cid Dominguez

_____
Thomas F.X. Dunn, Esq.
Attorney for Blanca Hernandez Morales

_____
Michael Gold, Esq.
Attorney for Jose Facundo Zarate Morales

*Susan J. Kellman*
_____
Susan Kellman, Esq.
Attorney for Wayne Peiffer

SO ORDERED
this \_\_\_\_ day of _____, 20\_\_\_

_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK